B9I (Official Form 9I) (Chapter 13 Case) (12/07)                                                Case Number **10−52959−gwz**

| UNITED STATES BANKRUPTCY COURT District of Nevada |
|---|
| ## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines |
| The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/26/10. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. **RENO CASES ONLY: See www.reno13.com for specific meeting times. Important Notice of Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case. |
| See Reverse Side For Important Explanations |

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
JAY MICHAEL ERION
201 S. WELLS AVENUE #311
RENO, NV 89502

| Case Number:<br>10−52959−gwz<br>Judge: GREGG W ZIVE | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx−xx−5550 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>JAY MICHAEL ERION<br>201 S. WELLS AVENUE #311<br>RENO, NV 89502<br>Telephone number: | Bankruptcy Trustee (name and address):<br>WILLIAM A. VAN METER<br>POB 6630<br>RENO, NV 89513<br>Telephone number: (775) 324−2500 |

### Meeting of Creditors
Date: **September 3, 2010**                                        Time: **10:30 AM**
Location: **300 Booth Street, Room 3024, Reno, NV 89509**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **12/2/10**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **180 days after order for relief entered**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 11/2/10**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

| Pre−Confirmation Meeting | Hearing on Confirmation of Plan |
|---|---|
| Not Applicable | Date: **10/8/10**    Time: **02:00 PM**<br>Location: **300 Booth Street, Reno, NV 89509**<br>A written objection must be filed prior to the hearing. |

### Chapter 13 Plan
The Chapter 13 plan, when filed, will be mailed under separate cover and may also be viewed on the U.S. Bankruptcy Court's Pacer system at: www.nvb.uscourts.gov.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775)784−5559 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br>*Mary A. Schott*<br><br>Mary A. Schott |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 7/26/10 |

**EXPLANATIONS**          **B9I (Official Form 9I) (12/07)**

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Page 1 for Important Deadlines and Notices

# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–52959–gwz</u>
Chapter 13

In re: (Name of Debtor)
    JAY MICHAEL ERION

Hearing Date:    10/8/10
Hearing Time:    02:00 PM

## NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

**NOTICE IS HEREBY GIVEN** that the debtor has filed a chapter 13 plan. A hearing on confirmation of the plan will be held before a United States Bankruptcy Judge at The C. Clifton Young Federal Building and U.S. Courthouse, 300 Booth Street, Reno, NV 89509 on 10/8/10 at the hour of 02:00 PM. A copy of said plan will be sent by separate notice.

Any objections to the plan shall be made in accordance with Fed. R. Bankr. P. 3015(f) and 9014, and Local Rule 9014. Any objection to confirmation of the plan must be filed and served prior to the confirmation hearing and if no timely objections are filed, the plan may be deemed to be filed in good faith.

---

If you object to the plan, you *must* file a **WRITTEN** response with the court. You *must* also serve your written response on the debtor, debtor's attorney, the trustee and U.S. trustee.

If you do not file a written response with the court, or if you do not serve your written response on the persons named above, then:

*     The court may *refuse to allow you to speak* at the scheduled hearing; and
*     The court may *rule against you* without formally calling the matter at the hearing.

---

Dated: 7/26/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court