|   |   |
|---|---|
| 1 | **LAW OFFICES OF LES ZIEVE** |
|   | **LES ZIEVE, ESQ. #123319** |
| 2 | **MATTHEW D. TOKARZ, ESQ. #225024** |
|   | **18377 Beach Blvd. Suite 210** |
| 3 | **Huntington Beach, CA 92648** |
|   | **(714) 848-7920** |
| 4 | **(714) 848-7650 Fax** |
| 5 | Counsel for Secured Creditor, |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | ) | Case No. 10-52959 |
|---|---|---|
|  | ) |  |
| Jay Erion, | ) | Chapter 13 |
|  | ) |  |
| Debtor. | ) | **REQUEST FOR SPECIAL NOTICE** |
|  | ) |  |
| _____ | ) |  |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR AND THE ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), Ocwen Loan Servicing, LLC, a Creditor in the above-referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to LES ZIEVE, ESQ., at the following office and address and that the following counsel for Ocwen Loan Servicing, LLC, be included on the master mailing list:

> **Les Zieve, Esq.**
> **LAW OFFICES OF LES ZIEVE**
> **18377 Beach Blvd., Suite 210**
> **Huntington Beach, CA 92648**
> **Telephone: (714) 848-7920**
> **Fax Number: (714) 848-7650**
> **bankruptcy@zievelaw.com**

**OCWEN**
**Attn: Bankruptcy Department**
**1661 Worthington Road Suite 100**
**West Palm Beach FL 33409**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtor.

DATED: August 16, 2010,                    Respectfully submitted,

                                           LAW OFFICES OF LES ZIEVE


                                           /s/ Les Zieve
                                           _____
                                           By: LES ZIEVE
                                           Counsel for Secured Creditor,
                                           Ocwen Loan Servicing, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I, **Mauricio Jorquera**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 18377 Beach Blvd., Suite 210, Huntington Beach, California 92648.

On **August 16, 2010**, I served the within **REQUEST FOR SPECIAL NOTICE AND PROOF OF SERVICE** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Huntington Beach, California, addressed as follows:

**Jay Michael Erion**
201 S. WELLS AVENUE #311
RENO, NV 89502

**WILLIAM A. VAN METER, Trustee**
POB 6630
RENO NV 89513

I certify under penalty of perjury the foregoing is true and correct.

Executed on **August 16, 2010** at Huntington Beach, California.

                                                /s/ Mauricio Jorquera
                                               **Mauricio Jorquera**