

Entered on Docket
October 06, 2010

_____
Hon. Michael S. McManus
United States Bankruptcy Judge
_____

WILLIAM A. VAN METER
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada 89513
(775) 324-2500
maryc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  10-52959-GWZ |
| JAY MICHAEL ERION, | |
| | Chapter 13 |
| Debtor. | **ORDER OF DISMISSAL** |
| | Hearing Date:  September 10, 2010 |
| / | Hearing Time:  2:00 pm |

  The Trustee having moved to dismiss the Debtor's Chapter 13 bankruptcy case for cause and having heard arguments and comments of the Trustee and other parties in interest as the record may reflect, and for good cause appearing;

  IT IS ORDERED that the Debtor having failed to comply with 11 U.S.C. §521 (a)(1), the Chapter 13 case was automatically dismissed on September 9, 2010 pursuant to 11 U.S.C. §521 (i).

Approved:

_____
PRO PER

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____    The court waived the requirements of L.R. 9021.

   X    \_\_\_\_    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
  _____    approved the form of this order as indicated above;
  _____    waived the right to review the order; and/or
   X\_\_\_\_    failed to file and serve papers in accordance with L.R. 9021(c).

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

   NONE

_____    No opposition was filed to the motion and no other party or counsel appeared at the hearing.


**Dated:**  September 30, 2010

/S/ Mary Rivinius
Mary Rivinius
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###

William A. Van Meter, Trustee
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. 10-52959-GWZ |
| JAY MICHAEL ERION, | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |
| | Hearing Date: September 10, 2010 |
| Debtor.                      / | |

    The undersigned hereby swears under penalty of perjury that I am over the age of 18, not a party to the within action, and that on September 13, 2010, I served a copy of the proposed **ORDER OF DISMISSAL** along with a letter indicating my expectation that that the original order and this Certificate of Service would be lodged with the Bankruptcy Court Clerk in five (5) business days pursuant to L.R. 9021(b)(1). The method of service was via facsimile transmittal of the proposed Order and letter to:

JAY MICHAEL ERION
201 S. WELLS AVE., #311
RENO, NV 89502

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2010

/S/ Mary Rivinius
Mary Rivinius
Assistant to William A. Van Meter, Trustee